# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMILE J. DOMINIQUE, IV,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-CV-5752** |
| | : | |
| **UNITED STATES DEPARTMENT OF DEFENSE,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 30th day of October, 2024, upon consideration of Plaintiff Emile J. Dominique, IV's Motion to Proceed *In Forma Pauperis* (ECF No. 3), and *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

4. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                                       **BY THE COURT:**

                                                       /s/ John Milton Younge
                                                     **JOHN MILTON YOUNGE, J.**